## MOTION AND PROCEDURAL RULINGS

**2009–1794.   Ackerman v. Fortis Benefits Ins. Co.**
Montgomery App. No. 23443. On motion for leave to present constitutional question of law. Motion denied.

**2010–0674.   State ex rel. Fairfield City Schools v. Indus. Comm.**
Franklin App. No. 09AP–271, 2010-Ohio-871. On request for oral argument. Request denied.

**2010–0857.   Huff v. FirstEnergy Corp.**
Trumbull App. No. 2009–T–0080, 2010-Ohio-1456. On motion to dismiss. Motion to dismiss denied.
    McGEE BROWN, J., dissents.

**2010–1490.   State ex rel. Barksdale v. Sutula.**
In Procedendo. On motion to vacate the court's December 23, 2010 decision. Motion denied.

**2010–1653.   State ex rel. Goshay v. Ambrose.**
In Procedendo and Prohibition. On motion to vacate the court's December 27, 2010 decision. Motion denied.

**2010–2223.   State ex rel. Otten v. Henderson.**
Clermont App. No. CA2010–09–070. On relator's motions to remand and for leave to amend. Motion to remand granted, and the cause is remanded to the court of appeals to rule on appellant's motion for relief from judgment. Motion for leave to amend denied. Sua sponte, the briefing schedule is stayed, and the parties shall notify the court within ten days of the court of appeals' ruling on the motion for relief from judgment.
    PFEIFER, J., would deny the motion to remand.

**2010–2225.   State v. Miller.**
Clark App. No. 08CA0090, 2010-Ohio-4760. On motion for leave to file delayed appeal. Motion granted.
    O'CONNOR, C.J., and O'DONNELL and LANZINGER, JJ., dissent.

**2010–2232.   State v. Lampkin.**
Lucas App. No. L–09–1270, 2010-Ohio-4934 and 2010-Ohio-5988. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2010–1007 and 2010–1372, *State v. Lester,* Auglaize App. No. 2–10–20; cause consolidated with 2010–1975, *State v. Lampkin,* Lucas App. No. L–09–1270, 2010-Ohio-4934 and 2010-Ohio-5988; and briefing schedule stayed.

**2010–2247.   State v. Howard.**
Cuyahoga App. No. 95303. On motion for leave to file delayed appeal. Motion denied.
    LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2010–2253.   Essman v. Portsmouth.**
Scioto App. No. 09CA3325, 2010-Ohio-4837. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Entry filed December 13, 2010:
    "Does a political subdivision's failure to upgrade an inadequate sewer system constitute a proprietary function within the meaning of R.C. 2744.01(G)(2)(d) so as to subject a political subdivision to liability under R.C. 2744.02(B)(2)?"
    O'DONNELL, J., dissents.
    The conflict case is *H. Hafner & Sons, Inc. v. Cincinnati Metro. Sewer Dist.* (1997), 118 Ohio App.3d 792, 694 N.E.2d 111.
    Sua sponte, cause consolidated with 2010–1970, *Essman v. Portsmouth,* Scioto App. No. 09CA3325, 2010-Ohio-4837.